904

*Robert F. Campbell* for respondent. *Solicitor General Perlman* filed a memorandum for the United States, as *amicus curiae,* supporting the petition. ▆▆▆▆▆▆

No. 568. TAUNAH ET AL. *v.* JONES, COLLECTOR OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *William E. Leahy* and *William J. Hughes, Jr.* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Helen Goodner* for respondent. ▆▆▆▆▆▆

No. 573. ESTATE OF RAINGER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *George T. Altman* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, A. F. Prescott, Carlton Fox* and *John R. Benney* for respondent. ▆▆▆▆▆▆

No. 575. NETHERLANDS MINISTRY OF TRAFFIC, DIRECTORATE GENERAL OF SHIOOING, *v.* STRIKA. C. A. 2d Cir. Certiorari denied. *George A. Garvey* for petitioner. *Chester A. Hahn* for respondent. ▆▆▆▆▆▆

No. 579. SOUTHERN PACIFIC Co. *v.* GUTHRIE. C. A. 9th Cir. Certiorari denied. *Arthur B. Dunne* for petitioner. *Thomas C. Ryan* and *Daniel V. Ryan* for respondent. ▆▆▆▆▆▆

No. 583. WHEATON BRASS WORKS *v.* SOUTHERN PACIFIC Co. Supreme Court of New Jersey. Certiorari denied. *Roy C. Collins* for petitioner. *Jeremiah C. Waterman* for respondent. ▆▆▆▆▆▆